UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MEDINA-Torres, Joel<br><br>        Defendant. | Magistrate Case No. '08 MJ 0003<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **May 1, 2006**, within the Southern District of California, defendant, **Joel MEDINA-Torres**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Deven A. Wooddy, U.S. Immigration & Customs
Enforcement; Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **January 2008**.

UNITED STATES MAGISTRATE JUDGE

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: MEDINA-Torres, Joel

## PROBABLE CAUSE STATEMENT

On May 1, 2006, the defendant identified as, Joel MEDINA-Torres, was arrested by the El Centro Police Department in El Centro, California for violation of Section 459 of the California Penal Code, "BURGLARY" and booked into Imperial County Jail. An Immigration Agent conducted record checks, determined the defendant to be a citizen of Mexico and placed an I-247 (Immigration Hold) pending his release from custody. The defendant was subsequently transferred to the California Department of Corrections.

On December 31, 2007, the defendant was referred to United States Immigration and Customs Enforcement custody pending further investigation. Immigration Agent Deven A. Wooddy conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least six occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States, by an Immigration Judge, on or about August 13, 1996, and most recently removed to Mexico via the Calexico Port of Entry on or about July 8, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Joel MEDINA-Torres, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously removed and has not legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Joel MEDINA-Torres has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.