1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Joel Medina-Torres

6
7
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ0003
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | JOEL MEDINA-TORRES,             )
                                    )
15 |         Defendant.              )
    |_____)
16

17 | Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 | U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov
19

20 | Respectfully submitted,

21

22 | DATED:   January 8, 2008        /s/ Elizabeth M. Barros
                                    **ELIZABETH M. BARROS**
23 |                                 Federal Defenders of San Diego, Inc.
                                    Attorneys for Joel Medina-Torres
24
25
26
27
28